1

2

3

4 UNITED STATES DISTRICT COURT

5 NORTHERN DISTRICT OF CALIFORNIA

6 SAN JOSE DIVISION

7

8 SCOTT JOHNSON,                                  Case No.18-cv-01625-VKD

Plaintiff,

9

10 v.                                             **ORDER TO SHOW CAUSE RE SETTLEMENT**

11 QUANG THAI LE,

Defendant.

12

13

14          The Court having been informed that the parties have conditionally agreed to a settlement,

15 all previously scheduled deadlines and appearances are VACATED.

16          On or before **October 26, 2018**, the parties shall file a stipulated dismissal pursuant to Fed.

17 R. Civ. P. 41(a)(1)(ii).  Rule 41(a)(1) permits a plaintiff to voluntarily dismiss a case without a

18 court order (i) by notice if the defendants have not filed an answer or motion for summary

19 judgment, or (ii) by stipulation signed by all parties who have appeared.  Because defendant

20 Quang Thai Le has filed an answer, plaintiff must file a notice of dismissal pursuant to Rule

21 41(a)(1)(ii).

22          If a dismissal is not filed by the specified date, then the parties shall appear in Courtroom

23 2, 5th Floor, 280 S. 1st St, San Jose, California on **November 6, 2018, 10:00 a.m.** and show

24 cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a).

25 Additionally, the parties shall file a statement in response to this Order to Show Cause no later

26 than **October 30, 2018** advising as to (1) the status of the activities of the parties in finalizing

27 settlement; and (2) how much additional time, if any, is requested to finalize the settlement and

28 file the dismissal.  If a dismissal is filed as ordered, the Order to Show Cause hearing will be

automatically vacated and the parties need not file a statement in response to this Order.

**IT IS SO ORDERED.**

Dated: August 28, 2018

VIRGINIA K. DEMARCHI
United States Magistrate Judge